# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HERBERT HACKETT**                                                                                                    **PLAINTIFF**

**VS.**                                                          **4:21-CV-00961-BRW**

**HEALTHWORKS MEDICAL**                                                                                **DEFENDANT**

## ORDER

The events described in Plaintiff's complaint occurred in Paducah, Kentucky, which is where Defendant is based. Accordingly, the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Western District of Kentucky, Paducah Division.[1]

IT IS SO ORDERED this 25th day of October, 2021.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] *Union Elec. Co. v. Energy Ins. Mut. Ltd.*, 689 F.3d 968, 972 (8th Cir. 2012) (holding that a district court may *sua sponte* transfer a case under 28 U.S.C. § 1404(a)).